## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DISTRICT

JEFFREY BIGELMAN,                                    Case No. 20-cv-12590-AJT-RSW

      Plaintiff,

vs.

COMCAST CABLE COMMUNICATIONS LLC,
a foreign limited liability company,

      Defendant,
and

ENHANCED RECOVERY CORPORATION, LLC,
a foreign limited liability company,

      Defendant.
_____/

DAVID F. ZUPPKE, PLC
David F. Zuppke (P31240)
Attorneys for Plaintiff
25892 Woodward Ave.
Royal Oak, MI 48067
(248) 206-5900
(248) 542-6301 (fax)
david@zuppkelaw.com
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)

NOW COMES Plaintiff, Jeffrey Bigelman, by and through his attorneys,

David F. Zuppke, PLC, and hereby voluntarily dismisses the above-captioned cause

of action pursuant to FRCP 41(a)(1) with prejudice and without costs or fees.

Respectfully submitted,

DAVID F. ZUPPKE, PLC

BY: */s/David F. Zuppke*
DAVID F. ZUPPKE (P31240)
Attorney for Plaintiff
25892 Woodward Avenue
Royal Oak, MI 48067
(248) 206-5900
(248) 542-6301
david@zuppkelaw.com

Dated:  November 19, 2020